UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDEN A. THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS and REHABILITATION and RAYMOND MADDEN,<br><br>    Defendants. | CASE NO. 1:18-cv-00192-DAD-BAM<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO SUBMIT THE CORRECT FORM OR PAY THE FILING FEE WITHIN THIRTY DAYS |

Plaintiff Alden Thomas ("Plaintiff"), proceeding pro se, initiated this action on February 5, 2018. (ECF No. 1.) That same day, Plaintiff filed a motion requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). Plaintiff, however, did not complete the required application to proceed in forma pauperis and the motion filed does not include sufficient information for the Court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is denied without prejudice;

2. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

**Failure to comply with this order will result in a recommendation for dismissal of this action.**

IT IS SO ORDERED.

    Dated:   **April 2, 2018**                     /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE